IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BEE CREEK PHOTOGRAPHY, | § | No. 5:23–CV–86–DAE |
| Plaintiff, | § | |
| vs. | § | |
| EXQUISITE PROPERTY SERVICES, LLC, | § | |
| Defendant. | § | |

ORDER DISMISSING CASE WITH PREJUDICE

      Before the Court is Plaintiff's Stipulation Regarding Dismissal of Certain Claims Against Defendant. (Dkt. # 17.) The Stipulation informs the Court that Plaintiff seeks to dismiss with prejudice all claims in this suit. (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

      **IT IS SO ORDERED**.

      **DATED**: San Antonio, Texas, August 11, 2023.

_____
David Alan Ezra
Senior United States District Judge